UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>FARR, JASON<br>DEBTOR | )<br>)<br>)<br>)<br>)<br>) | CASE NO.: 25-41083-JRR<br>CHAPTER 7 |
| FARR, AMIE MARIE<br>Plaintiff(s)<br><br>V.<br><br>FARR, JASON<br>Defendant(s)<br><br>ROCCO J. LEO,<br>TRUSTEE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY PROCEEDING<br><br>NO.: 25-40015 |

## ANSWER

Come Now , Gregory S. Graham, of Fresh Start Bankruptcy Attorneys, LLC, attorney for the Debtor(s), Jason Farr, and hereby files this answer and would state unto the Court as follows;

### JURISDICTION AND VENUE

This action is filed under to 11 U.S.C. §§ 523.

This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(I).

This Court has venue over this core proceeding pursuant to 28 U.S.C. §§ 1409(a).

## PARTIES

Plaintiff is an individual and was previously married to the Defendant / Debtor.

Defendant / Debtor is an individual filed a Chapter 7 Petition with this Court..

## FACTS

Plaintiff and Defendant were married and filed a divorce action in Calhoun County, Alabama.

Plaintiff and Defendant were granted a divorce on November 14, 2019, Case Number DR 2029-900566.

The Plaintiff and Defendant entered into a Divorce Agreement that was filed with the Court on June 24, 2019 and filed with this Court on July 5, 2019. The Divorce Agreement was signed and notarized by the Plaintiff and Defendant.

The Plaintiff and Defendant filed an Amended Divorce Agreement in this matter October 31, 2019 and filed with the Court on November 1, 2019. Again both parties signed and notarized the Amended Agreement.

Both Plaintiff and Defendant were both represented by legal counsel in this matter.

The original agreement addressed the issue of the personal property ( 2016 Starcraft RV) investing the property into the Defendant (Jason Farr) and divesting out of the Plaintiff (Amie Marie Farr), When the Amended Divorce Agreement was filed the personal property ( 2016 Starcraft RV) did not invest the personal property with the Defendant (Jason Farr).

The Plaintiff (Amie Marie Farr) was the sole owner of the personal property ( 2016 Starcraft RV). The Amended Divorce Agreement did not specifically address the personal property (2016 Starcraft RV).

On September 29, 29, 2023, Plaintiff (Amie Marie Farr) filed a Petition for Contempt / Rule Nisi. The Court issued a default judgment in that matter.

On August 15, 2025, Defendant Jason Farr, filed a Chapter 7 Petition.

The Plaintiff, Amie Marie Farr, was listed as a creditor in Defendant's, Jason Farr Chapter 7 Petition.

On August 28, 2025, Michael LaPlant filed a Notice of Appearance representing Plaintiff, Amie Marie Farr.

A notice of the Meeting of Creditors dated August 15, 2025, was mailed to the Plaintiff, Amie Marie Farr.

Plaintiff, Amie Marie Farr, by and through her attorney, filed a Complaint to Determine Dischargeablity of Certain Debt with this Court on December 2, 2025.

## FACTS

7. Admits.

8. Denies and demands strict proof thereof.

9. Denies and demands strict proof thereof.

10. Denies and demands strict proof thereof.

11. Denies and demands strict proof thereof.

12. Denies and demands strict proof thereof.

13. Admits as to a judgment being entered but hereby denies and demands strict proof thereof of any and all of the remaining allegations.

14. Admits only to a document identified as a certificate of judgment referenced as Book 77, Page 972, but denies and demands strict proof thereof of any and all of he remaining allegations.

15. Denies and demands strict proof thereof.

15. Defendant answers to the above as already stated.

16. Denies and demands strict proof thereof.

17. Denies and demands strict proof thereof.

18. Denies and demands strict proof thereof.

# AFFIRMATIVE DEFENSES

Defendant(s), Jason Farr, hereby assert the following affirmative defenses in this civil action filed by Plaintiff;

1. Contributory Negligence.

2. Failure to state a claim upon which relief can be granted.

3. Assumption of the risk.

4. Collateral Estoppel or Issue Preclusion.

5. Estoppel.

6. Unclean Hands.

7. Lack of Capacity to Sue.

8. Waiver.

9. Lack of Capacity to Sue.

10. Lack of Coperation.

11. Mitigation of Damages.

12. Ratification.

Defendant(s) Jason Farr, hereby reserve the right to add, amend or alter their affirmative defenses in this civil action.

WHEREFORE, Defendant, Jason Farr hereby request this Court to deny Plaintiff, Amie Marie Farr Complaint to Determine Dischargeablity of Certain Debts, along with any other and such further relief the Court determines to be appropriate.

DONE this the 2nd day of February, 2026.

/s/ Gregory S. Graham
Fresh Start Bankruptcy Attorneys, LLC
P.O. Box 307
Childersburg, Alabama 35044
Phone: (256) 378-3161
Fax: (877) 414-8074
Email: greg@gsgpclaw.com

## CERTIFICATE OF SERVICE

COMES NOW, the attorney for the above Debtors and files the following Certificate of Service with this Court:

1. Debtors hereby file this Certificate of Service on the Defendant Jason Farr, Answer.

I hereby certify that I have served a copy of the Defendant, Jason Farr, Motion to Dismiss, by filing an document with the Clerk of this Court for immediate electronic service to the following;

Rocco J. Leo, Trustee, rleo@leoandoneal.com

Michael LaPlante, Attorney for Plaintiff, laplantebk@gmail.com

**DATED**, this the 2nd day of February, 2026.

/s/ Gregory S. Graham
Fresh Start Bankruptcy Attorneys, LLC
P.O. Drawer 307
Childersburg, Alabama 35044
Phone: (256) 378-3161
Fax: (877) 414-8074
email: greg@grahamlegalservices.com