# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| JASON FARR, | ) | 25-41083 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |

| | | |
|---|---|---|
| AMY MARIE FARR, | ) | |
| | ) | ADVERSARY PROCEEDING NO. |
| Plaintiff, | ) | |
| | ) | 25-40015 |
| v. | ) | |
| | ) | |
| JASON FARR, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

This Court has received the Report of the Parties' Planning Meeting ("Report") (Doc. No. 19) filed pursuant to Fed. R. Civ. P. 26(f). (Fed. R. Civ. P. 26 is made applicable to all adversary proceedings pursuant to Fed. R. Bankr. P. 7026). Based on a review of the Report and other information made available to the Court, the Court determines that the proposed discovery and trial schedule in the Report are adequate, except to the extent such proposals differ from the schedule set forth below.

In this Adversary Proceeding, the parties and their counsel shall timely comply with the following:

1. <u>Pre-Discovery Disclosures</u>. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1).

2. <u>Discovery Limitations and Deadlines</u>.

    a. Discovery will be needed on the following subjects: Financial documents and divorce orders.

    b. All discovery will be commenced in time to be completed by April 10, 2026.

    c. Maximum of 30 interrogatories by each party to any other party. Responses due <u>30</u>

days after service.

    d. Maximum of 30 requests for admission by each party to any other party. Responses due <u>30</u> days after service.

    e. Maximum of four (4) depositions by plaintiff(s) and four (4) by defendant(s).

    f. Each deposition, other than of parties, is limited to maximum of four (4) hours unless extended by agreement of parties. Parties and counsel shall be reasonable and cooperate in order to complete depositions.

    g. Reports from retained experts under Fed. R. Civ. P. 26(a)(2)(B) due:

       From plaintiff(s): April 1, 2026

       From defendant(s): April 1, 2026

    h. Supplementations under Fed. R. Civ. P. 26(e), are due in writing within 15 days after a party or counsel learns of information that requires supplementation or correction of prior discovery responses; provided, that if such information is learned within 15 days before or during trial, then supplementation or correction is due immediately.

3. <u>Additional Parties and Amendments to Pleadings</u>. Plaintiff is allowed until April 15, 2026 to join additional parties and until April 15, 2026 to amend the pleadings.

Defendant is allowed until April 15, 2026 to join additional parties and until April 15, 2026 to amend the pleadings.

4. <u>Dispositive Motions</u>. All potentially dispositive motions are to be filed by May 1, 2026. All responses thereto are due 14 days after service of the motion. Memoranda, briefs, affidavits, deposition excerpts, discovery responses, authorities and other supporting materials are to be filed with the motions and responses. **Unless the Court directs otherwise, parties are to deliver (by mail or hand delivery) to the Court's Chambers in Anniston one hard copy of such motions, responses and supporting materials on the same day the originals are filed with the Clerk.** The Court will notify the parties of any hearing on any such motion and response. The Court may rule on dispositive motions without a hearing.

5. <u>Final Witness and Exhibit Lists - Objections</u>. Final lists of witnesses and exhibits for trial under Fed. R. Civ. P. 26(a)(3) are due 30 days before trial. Motions in Limine are due at the time final witness and exhibit lists are filed.

Parties have 14 days after service of final lists of witnesses and exhibits to serve objections under Fed. R. Civ. P. 26(a)(3). Objections not timely made and served, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the Court for good cause.

6. <u>Pretrial Conference</u>. A pretrial conference will be held on July 30, 2026, at 9:45 a.m., in the Bankruptcy Courthouse, Room 307, 1100 Gurnee Avenue, Anniston, Alabama 36201. Any counsel and pro se party may attend by telephone if they furnish the Courtroom Deputy with their telephone number at least two business days before the conference. Counsel and pro se parties are to be available at these telephone numbers for one hour from the set time for the conference.

7. <u>Trial</u>. This Adversary Proceeding is set for trial on August 11, 2026, at 9:30 a.m., in the Bankruptcy Courthouse, Room 307, 1100 Gurnee Avenue, Anniston, Alabama 36201. The parties estimate trial will take four (4) hours. The Court may set time limits for each party to put on their case. Continuances will be allowed only under exceptional circumstances not within the control or reasonable expectations of counsel and the parties.

8. <u>Other</u>. Parties are expected to be fully prepared to go forward with trial on the date and time as set out above. Attorneys should bring sufficient copies of all exhibits (pre-marked) for the trial - as follows: 1) original for the courtroom deputy   2) a copy for Judge Robinson's law clerk   3) a copy for Judge Robinson 4) a copy for opposing counsel 5) a copy for the Trustee and 6) a copy for the witness **(if parties do not bring sufficient copies of the exhibits, the Court will not go forward with the trial).**

Dated:   March 2, 2026

                                                         /s/ James J. Robinson
                                                         JAMES J. ROBINSON
                                                         United States Bankruptcy Judge