# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−1 | User: admin | Date Created: 3/2/2026 |
| Case: 25−40015−JJR | Form ID: pdfall | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Robert J Landry | robert_landry@alnba.uscourts.gov |
| tr | Rocco J Leo | rleo@leoandoneal.com |
| aty | Gregory S. Graham | greg@gsgpclaw.com |
| aty | Michael M. LaPlante | laplantebk@gmail.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| pla | Amy Marie Farr | 903 Maxana Drive | Anniston, Al 36206 |
| dft | Jason Farr | 976 Whites Gap Road SE | Jacksonville, AL 36265 |
| intp | Gregory Graham | PO Box 307 | Childersburg, AL 35044 |

TOTAL: 3