# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **JASON FARR** | ) | **CASE NO. 25-41083** |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| | ) | |
| **AMY MARIE FARR** | ) | |
| **Plaintiff,** | ) | **ADVERSARY PROCEEDING** |
| | ) | |
| **v.** | ) | **CASE NO.  25-40015** |
| | ) | |
| **JASON FARR,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

Comes now the Plaintiff, by and through her attorney of record, Michael M. LaPlante, and files this her Witness and Exhibit List:

Witnesses
1. Plaintiff, Amy Farr
2. Defendant, Jason Farr
3. Any witnesses called or subpoenaed by Plaintiff
4. Any witnesses necessary for rebuttal or purposes of impeachment

Exhibits
1. Judgment of Divorce
2. Certificate of Judgment
3. Proof of Claim filed by the Plaintiff
4. Any exhibits offered by the Defendant.

By:     /s/Michael M. LaPlante
        Michael LaPlante, Attorney for Plaintiff
        LaPlante Faulkner Wilson Murphy & Clay, LLC
        1207 Noble Street
        Anniston, Alabama 36201
        (256)236-7354

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of July, 2026, I served the foregoing document by filing it through the Clerk of the United States Bankruptcy Court's CM/ECF system, which provides electronic notice to all registered participants, including:

Hon. Gregory S. Graham
Attorney for Defendant
greg@grahamlegalservices.com

Rocco Leo
Chapter 7 Trustee
rleo@leoandoneal.com

I further certify that I have served a copy of the foregoing upon the Defendant, Jason Farr, by depositing same in the United States Mail, first class postage prepaid, properly addressed as follows:

Jason Farr
976 Whites Gap Road SE
Jacksonville, Alabama 36265

/s/ Michael M. LaPlante
Michael M. Laplante
Attorney for the Plaintiff