# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE:
FARR, JASON ) CASE NO.: 25-41083-JRR
DEBTOR ) CHAPTER  7
)
)
)

FARR, AMIE MARIE )
Plaintiff(s) )
)
V. ) ADVERSARY PROCEEDING
)
FARR, JASON ) NO.:  25-40015
Defendant(s) )
)
ROCCO J. LEO, )
TRUSTEE )

## DEFENDANT'S WITNESS LIST AND EXHIBITS

Come Now , Gregory S. Graham, of Fresh Start Bankruptcy Attorneys, LLC, attorney for the Debtor(s), Jason Farr, and hereby files this Witness and Exhibit List and would state unto the Court as follows;

**WITNESSES LISTED BELOW**

1. Defendant, Jason Farr.

2. Plaintiff, Amy Farr

3. Any and all other witnesses subpeonaed by Defendant, Jason Farr.

4. Any and all other Witnesses for any cross, rebuttal or impeachment.

<u>**EXHIBITS LISTED BELOW**</u>

1.  Original Judgment of Divorce

2.  Any and all documents related to the service of the hearing regarding the Rule Nisi in the Circuit Court of Calhoun County, Alabama between the parties.

3.  Any and all responses filed by Defendant, Jason Farr in this AP Proceeding or the Circuit Court of Calhoun County, Alabama concerning the divorce.

4.  Any and all phone logs, texts, voice messages or emails related to this matter between the Plaintiff, Amy Farr and the Defendant, Jason Farr.

5.  Any and all other Exhibits that may be offered by the Defendant, Jason Farr.

WHEREFORE, Defendant, Jason Farr files this Witness and Exhibit List.

DONE this the 11th day of July, 2026.

> /s/ Gregory S. Graham
> Fresh Start Bankruptcy Attorneys, LLC
> P.O. Box 307
> Childersburg, Alabama 35044
> Phone:  (256) 378-3161
> Fax:  (877) 414-8074
> Email:  greg@gsgpclaw.com

## CERTIFICATE OF SERVICE

COMES NOW, the attorney for the above Debtors and files the following Certificate of Service with this Court:

1.  Debtors hereby file this Certificate of Service on the Defendant Jason Farr, Answer.

I hereby certify that I have served a copy of the Witness and Exhibit List, by filing an document with the Clerk of this Court for immediate electronic service to the following;

Rocco J. Leo, Trustee, rleo@leoandoneal.com

Michael LaPlante, Attorney for Plaintiff, laplantebk@gmail.com

**DATED**, this the 11th day of July , 2026.

> /s/ Gregory S. Graham
> Fresh Start Bankruptcy Attorneys, LLC
> P.O. Drawer 307
> Childersburg, Alabama 35044
> Phone:        (256) 378-3161
> Fax:          (877) 414-8074
> email:        greg@grahamlegalservices.com