# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Amy Marie Farr | } | **Case No: 25-41083-JJR7** |
| PLAINTIFF, | } | |
| VS. | } | **AP No: 25-40015-JJR** |
| Jason Farr | } | |
| DEFENDANT, | } | |

### COURTROOM DEPUTY NOTES

**Matter(s):** RE: Pre-Trial Conference

**Date and Time:** Thursday, July 30, 2026 09:45 AM

**Appearances:** Gregory S. Graham, attorney for Jason Farr (Defendant)
Michael M. LaPlante, attorney for Amy Marie Farr (Plaintiff)

**Courtroom Deputy:** Tenina Milner

**Presiding Judge:** JAMES J. ROBINSON

**Court Notes:** The pretrial conference was held on July 30, 2026. Pursuant to statements made on the record, the Trial set on August 11, 2026, will go forward as scheduled.

Attorneys should bring sufficient copies of all exhibits (each copy pre-marked) for the trial - as follows: 1) originals for the courtroom deputy; 2) a copy for Judge Robinson's law clerk; 3) a copy for Judge Robinson; 4) a copy for opposing counsel; 5) a copy for the witness; and 6) a copy for the trustee.

If parties do not bring sufficient copies of the exhibits, the Court will not go forward with the trial.

If a settlement is reached prior to the trial date, parties should notify the courtroom deputy @ CRDeputyJJR@alnb.uscourts.gov immediately.

Date Prepared:07/30/2026