# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Amy Marie Farr | } | **Case No: 25-41083-JJR7** |
| PLAINTIFF, | } | **AP No: 25-40015-JJR** |
| VS. | } | |
| Jason Farr | } | |
| DEFENDANT, | } | |

### COURTROOM DEPUTY NOTES

**Matter(s):**     RE: Trial

**Date and Time:**     Tuesday, August 11, 2026 09:30 AM

**Appearances:**     NA

**Courtroom Deputy:**     Tenina Milner

**Presiding Judge:**     JAMES J. ROBINSON

**Court Notes:**     Based on the Court's review of this case, the trial is continued generally.

Date Prepared:08/11/2026