**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION**

**In the Matter of:**

| | | |
|---|---|---|
| Amy Marie Farr | } | **Case No: 25-41083-JJR7** |
| PLAINTIFF, | } | **AP No: 25-40015-JJR** |
| VS. | } | |
| Jason Farr | } | |
| DEFENDANT, | } | |

**COURTROOM DEPUTY NOTES**

**Matter(s):** CONTINUED GENERALLY RE: Trial

**Date and Time:** Tuesday, August 11, 2026 09:30 AM

**Appearances:** NA

**Courtroom Deputy:** Tenina Milner

**Presiding Judge:** JAMES J. ROBINSON

**Court Notes:** On August 26, 2026, the Court was informed that this adversary proceeding is settled. The Trial set on August 11, 2026, was previously "continued generally" pending settlement.

Parties are to submit the proper documents as to the settlement on or before September 9, 2026, otherwise the case administrator will enter an order dismissing the adversary proceeding. If additional time is needed to effectuate the settlement, the parties should file a written request in cm/ecf on or before said deadline. The deadline for effectuating the settlement cannot be extended by email request or by telephone request.

Date Prepared:08/26/2026