**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br>**FARR, JASON**<br>**DEBTOR** | ) | **CASE NO.: 25-41083-JRR**<br>**CHAPTER 7** |
| **FARR, AMIE MARIE**<br>**Plaintiff(s)** | ) | |
| **V.** | ) | **ADVERSARY PROCEEDING** |
| **FARR, JASON**<br>**Defendant(s)** | ) | **NO.: 25-40015** |
| **ROCCO J. LEO,**<br>**TRUSTEE** | ) | |

**STIPULATION AGREEMENT REGARDING DISCHARGEABILITY OF A DEBT**

This matter coming before this Court on Plaintiff's (Creditor Amy Farr) Complaint to Determine Dischargeablity of Certain Debt 11 U.S.C. §§ 523 with this Court on December 2, 2025. The matter was set for trial August 11, 2026 at 9:30 AM.

The attorney for the Plaintiff (Creditor), Michael LaPlante and the attorney for the Defendant (Debtor), Gregory S. Graham of Fresh Start Bankruptcy Attorneys, LLC, hereby stipulate and agree to the following;

1. This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§
157 and 1334.

2. This Court has venue over this core proceeding pursuant to 28 U.S.C. §§ 1409(a).

3. The Parties herein stipulate and agree that the debt in the amount of $29,182.33 owed by the Debtor to the Creditor that is the subject of this adversary proceeding is non dischargeable under 11 U.S.C. 523.

4. Further the parties agree, that the attorney fees for the Plaintiff in the amount of $4,500.00 is reasonable.

5. The Parties hereby agree that the total amount, including attorney fees, of the non dischargeable debt is $33,682.33.

6. The Parties herein respectfully request this Court to enter an Order approving this Stipulation Agreement.

Done this the 31st day of August, 2026.

/s/ Gregory S. Graham
Fresh Start Bankruptcy Attorneys, LLC
P.O. Drawer 307
Childersburg, Alabama 35044
Phone: (256) 378-3161
Fax: (877) 414-8074
email: greg@grahamlegalservices.com

/s/ Michael M. LaPlante
LaPlante Faulkner Wilson Murphy & Clay, LLC
1207 Noble Street
Anniston, AL 36201
Phone: (256) 236-7354
Fax: (256) 237-4296
email: Mike@ lfwmc.com