United States Bankruptcy Court
Northern District of Alabama

Farr,
Plaintiff

Adv. Proc. No. 25-40015-JJR

Farr,
Defendant

# CERTIFICATE OF NOTICE

District/off: 1126-1 | User: admin | Page 1 of 2

Date Rcvd: Aug 31, 2026 | Form ID: pdfall | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Amy Marie Farr, 903 Maxana Drive, Anniston, Al 36206-1143 |
| intp | + | Gregory Graham, PO Box 307, Childersburg, AL 35044-0307 |
| dft | + | Jason Farr, 976 Whites Gap Road SE, Jacksonville, AL 36265-8700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory S. Graham | on behalf of Defendant Jason Farr greg@gsgpclaw.com g10203@notify.cincompass.com;graham.gregoryb@notify.bestcase.com |
| Gregory S. Graham | on behalf of Interested Party Gregory Graham greg@gsgpclaw.com g10203@notify.cincompass.com;graham.gregoryb@notify.bestcase.com |
| Michael M. LaPlante | on behalf of Plaintiff Amy Marie Farr laplantebk@gmail.com sonya@laplantemerritt.com;LaPlanteandMerritt@jubileebk.net |
| Robert J Landry | robert_landry@alnba.uscourts.gov courtmailann@alnba.uscourts.gov |

Rocco J Leo

rleo@leoandoneal.com rleo@ecf.axosfs.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| FARR, JASON | ) | CASE NO.: 25-41083-JRR7 |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |
| | ) | |

---

| | | |
|---|---|---|
| | ) | |
| FARR, AMIE MARIE | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | ADVERSARY PROCEEDING |
| | ) | NO.: 25-40015-JJR |
| FARR, JASON | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Based on the Stipulation Agreement (AP Doc. 27) and by agreement of the Parties the Court finds as follows;

IT IS HEREBY ORDERED, that the Stipulation Agreement is approved, and

That the debt in the amount of $29,182.33 owed by the Debtor to the Creditor that is the subject of this adversary proceeding is non dischargeable under 11 U.S.C. 523.

Further that the Plaintiff is entitled to attorney fees in the amount of $4,500.00 in

this matter.

The total amount, including attorney fees, of the non dischargeable debt in this matter owed by the Debtor to the Creditor is $33,682.33.

Inasmuch as the compromise and settlement covered by this Order only affects the immediate parties to this adversary proceeding, and does not have an impact on any other parties in interest, and for other good cause shown, the Court directs that the notice and opportunity for a hearing otherwise required by Bankruptcy Rule 2002(a)(3) shall not be sent. The Clerk may close this adversary proceeding upon the expiration of the time for appeal if no appeal is filed.

Done this the 31st day of August 2026.

/s/ James J. Robinson
JAMES J. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

Order prepared by:
**GREGORY S. GRAHAM**
**of GREGORY S. GRAHAM, P.C.**
**ATTORNEY AT LAW**
**PO DRAWER 307**
**803 3rd STREET SW**
**CHILDERSBURG, ALABAMA 35044**
**PHONE: 256-378-3161**
**greg@gsgpclaw.com**